```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

HOWARD STEVENS (#232108),        :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :   CIVIL ACTION 16-0511-WS-M
                                 :
LT. CRETUSON,                    :
                                 :
    Defendant.                   :

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 13, 2016 is adopted as the opinion of this Court.

DONE this 1st day of March, 2017.

                        s/WILLIAM H. STEELE
                        UNITED STATES DISTRICT JUDGE