```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

HOWARD STEVENS (#232108),       :
                                :
    Plaintiff,                  :
                                :
vs.                             :       CIVIL ACTION 16-0511-WS-M
                                :
LT. CRETUSON,                   :
                                :
    Defendant.                  :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant and against Plaintiff. The claims against Defendant are due to be and are hereby **DISMISSED** as frivolous prior to service pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 1st day of March, 2017.

                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE